IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA WILLIAMS, | No. 4:20-CV-00298 |
| Plaintiff, | (Judge Brann) |
| v. | |
| PENNSYLVANIA STATE UNIVERSITY, KAREN FELDBAUM (*in her official and individual capacity*), LAUREN LANGFORD, and YVONNE GAUDELIUS, | |
| Defendants. | |

# ORDER

**AND NOW**, this 4th day of September 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint, Doc. 22, is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff's Counts V and VI are **DISMISSED WITH PREJUDICE**.

3. Defendants' answer to the surviving claims of Plaintiff's First Amended Complaint is due no later than September 18, 2020.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge