

James A. Keller
Phone: (215) 972-1964
Fax: (215) 972-4152
James.Keller@saul.com
www.saul.com

June 14, 2022

**VIA PACER/ECF**
The Honorable Matthew W. Brann
United States District Court for the
Middle District of Pennsylvania
U.S. Courthouse and Federal Office Building
240 West Third Street, Suite 218
Williamsport, PA 17701

    Re:    ***Kayla Williams v. Pennsylvania State University et al.***
             **Civil Action No. 4:20-CV-00298**

Dear Judge Brann:

      We write on behalf of Defendants The Pennsylvania State University, Lauren Langford, Karen Feldbaum, and Yvonne Gaudelius. Defendants moved for leave to file an amended answer ("Motion"), and contemporaneously filed a supporting brief on May 11, 2022. (Doc. Nos. 59-60). Before filing the Motion, counsel for Defendants emailed Plaintiff's counsel on May 2, 2022 attaching a copy of the proposed amended pleading (which is attached to the Motion (Doc. 59) as Exhibit B) and asked whether Plaintiff would consent to the amendments. Defense counsel again asked whether Plaintiff consented to the amendments via email on May 6, 2022. As of May 11, 2022, the date of filing the Motion and supporting brief, Plaintiff's counsel has not responded to Defendants' counsel's requests for consent to amend. (*See* Doc. 59 at 3). Further, Plaintiff has not filed a brief in opposition within fourteen days after service of moving Defendants' brief, which would have been by May 25, 2022.

      As such, per Local Rule 7.6, Defendants respectfully submit that their Motion should be deemed unopposed and for this reason, in addition to the reasons set forth in their supporting brief, granted by the Court with an instruction directing the Clerk of Court to file and docket the Amended Answer attached to Defendants' Motion as Exhibit A.

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Matthew W. Brann
June 14, 2022
Page 2

Thank you for Your Honor's consideration of this request.

    Respectfully submitted:

    SAUL EWING ARNSTEIN & LEHR LLP

    <u>*/s/ James A. Keller*</u>
    James A. Keller, Esq. (78955)
    Andrea P. Brockway (208901)
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102-2186
    Phone: (215) 972-1964
    James.Keller@saul.com
    Andrea.Brockway@saul.com
    *Attorneys for Defendants The Pennsylvania State University, Lauren Langford, Karen Feldbaum, and Yvonne Gaudelius*

Cc: Counsel of record (via ECF only)