## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA WILLIAMS, | : |
|        Plaintiff, | : |
| | :  No. 4:20-cv-00298-MWB |
|     v. | : |
| | :  (Hon. Brann) |
| THE PENNSYLVANIA STATE | : |
| UNIVERSITY; LAUREN LANGFORD, in | :  Electronically Filed |
| her individual capacity; KAREN | : |
| FELDBAUM, in her individual capacity; | : |
| and YVONNE GAUDELIUS, in her | : |
| individual capacity, | : |
|        Defendants. | : |
| | : |

### ORDER

**AND NOW**, this ___21st___ day of _____June_____ 2022, after

consideration of Defendants' Motion for Leave to File an Amended Answer

pursuant to F. R. Civ. P. 15(a)(2) and Local Rule 15.1, Defendants' brief in support

of their motion for leave, any response thereto, and any brief in reply, **IT IS**

**HEREBY ORDERED** that the Motion is **GRANTED**.

Defendants are directed to file the Amended Answer attached to Defendants'

Motion as Exhibit A via ECF as a separate docket entry.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge