# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA WILLIAMS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY; LAUREN LANGFORD, in her individual capacity; KAREN FELDBAUM, in her individual capacity; and YVONNE GAUDELIUS, in her individual capacity,<br>　　　　Defendants. | :<br>:<br>:　No. 4:20-cv-00298-MWB<br>:<br>:　(Hon. Brann)<br>:<br>:　Electronically Filed<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

**AND NOW**, this 8th day of August 2022, after consideration of the Joint Motion to Modify the Case Management Order, **IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED**. The deadlines set forth in the May 11, 2022 Case Management Order (Doc. 58) are amended as follows:

| | |
|---|---|
| Fact discovery shall be completed by: | November 7, 2022 |
| Dispositive motions shall be filed by:[1] | January 6, 2023 |
| Plaintiff's expert reports are due: | April 7, 2023 |
| Defendants' expert reports are due: | May 8, 2023 |
| Supplemental and rebuttal expert reports are due: | May 22, 2023 |
| Motions *in limine* and supporting briefs filed by: | June 5, 2023 |
| Pretrial memoranda filed by: | June 19, 2023 |
| Proposed *voir dire* questions filed by: | June 19, 2023 |
| Proposed jury instructions filed by: | June 19, 2023 |
| Final pretrial conference held on: | June 30, 2023 |
| Expert discovery shall be completed by: | June 30, 2023 |
| Case placed on the trial list for: | September 2023 |

All other directives in the November 9, 2020 Case Management Order (Doc. 40) aside from the deadlines set forth above, remain unchanged.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief Untied States District Judge

---

[1] Per paragraph 11 of the November 9, 2020 Case Management Order (Doc. 40), briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1.