IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAYLA WILLIAMS, | No. 4:20-CV-00298 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY; LAUREN LANGFORD; KAREN FELDBAUM; and YVONNE GAUDELIUS, | |
| Defendants. | |

## ORDER

### OCTOBER 11, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants The Pennsylvania State University's, Lauren Langford's, Karen Feldbaum's, and Yvonne Gaudelius' Motion for Summary Judgment (Doc. 77) is **GRANTED**.

2. Defendants' Motion to Strike (Doc. 101) is **DENIED**.

3. The Clerk of Court is directed to order judgment in favor of all remaining Defendants with respect to all remaining claims:

    a. Counts I, II, III, IV, VII, and VIII as to The Pennsylvania State University;

    b. Counts II and VII as to Yvonne Gaudelius; and

      c.      Count II as to Lauren Langford and Karen Feldbaum.

4.      The Clerk of Court is further directed to **CLOSE** this case.

                              BY THE COURT:

                              *s/ Matthew W. Brann*
                              Matthew W. Brann
                              Chief United States District Judge